**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 05-2366

---

THE DISTRICT OF COLUMBIA,

Plaintiff - Appellee,

versus

WILLIAM SUTER, III,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge. (CA-05-2118-DKC-8)

---

Submitted: May 18, 2006                    Decided: May 25, 2006

---

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

William Suter, III, Appellant Pro Se.  Nancy Lynn Alper, Special Assistant United States Attorney, James Creighton McKay, Jr., OFFICE OF THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Suter, III, appeals from the district court's order affirming the bankruptcy court's order determining that his debt to the District of Columbia was nondischargeable in his bankruptcy case. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Suter v. District of Columbia, No. CA-05-2118-DKC-8 (D. Md. Nov. 7, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED